UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND SMITH, #153086,

    Plaintiff,

File no: 1:08-CV-693

v.

HON. ROBERT HOLMES BELL

JOSH STOLEY, et al.,

    Defendants.
                              /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (docket #25) is hereby adopted and approved as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendants' motion for summary judgment (docket #17) is hereby **GRANTED** and judgment is entered in favor of defendants on all plaintiff's claims.


Dated:   September 30, 2009           /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE